United States District Court
For The Southern District of
West Virginia
(Bluefield Division)

Plaintiff
Terry Antonio White # 34889-057

Application To Proceed Informa Pauperis
Leave to proceed without Payment

1:21-cv-00656

**FILED**
DEC 15 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Plaintiff Terry White pro'se litigant move This Honorable Court
To Grant (I.f.P) pursuant to the Provisions of 28 U.S.L. §1915.
Plaintiff Attaches A Six month Inmate account Statement
Showing His Prison account Balance of $75.00⁰⁰ For
October 20, 2021. His Current Prison Balance Account
As of November 23, 2021 show $1.07. From a Commissary
Reciept. The Plaintiff is Unemployed.

The plaintiff does Not own House, Car, or Child support,
The Plaintiff owe No Debts, medical Bills, Alimony.
The Plaintiff is single Has Never been married.
The Plaintiff is Incarcerated At F.C.I mcdowell, west Virginia
P.O. Box 1099
welch, west Virginia
24801

Respectfully
Submitted

Terry White