United States District Court For The Southern District of West Virginia, (Bluefield Division)

| | |
|---|---|
| Plaintiff<br>Terry Antonio White<br><br>Vs<br><br>United States of America, et als,<br>Defendant(s) | Civil Action No. 1:21-CV-00656<br><br>FILED<br>DEC 15 2021<br>RORY L. PERRY II, CLERK<br>U.S. District Court<br>Southern District of West Virginia |

A. <u>Party   Plaintiff</u> Terry A. White, - Federal Correctional Institution/McDowell P.O. Box 1099 Welch, West Virginia 24801

B. <u>Party Defendant,</u>
① United States of America; ② Mrs. Walters R.N.; ③ P.A. Armstrong; ④ R.N. Mrs. Corothers Place of Employment - F.C.I/McDowell P.O. Box 1099 Welch, West Virginia 24801. P.A. Mrs. Davidson - Employed at F.C.I/McDowell P.O. Box 1099. Plaintiff sues all mentioned Defendant's In Their Individual Capacity Under The Color of Federal Law.

C. <u>Jurisdiction</u>
A Bivens action is a Judicially Created damages Remedy which is designated to Vindicate violations of Constitutional Rights by Federal actors <u>Bivens Vs Six Unknown Named Agents of The Federal Bureau of Narcotics</u>, 403 U.S. 388, 395-97, 91 S.ct. 1999, 29 L.Ed.2d. 619 (1971) <u>This Court Has Jurisdiction</u>.

<u>BIVENS</u>
Administrative Remedies Exhausted

D.    Remedies B.P.8, B.P.9; B.P.10; B.P.11 Requested. Exhausted.

E.

<u>Statement of Case</u>

<u>Eighth Amendment</u>/deliberate Indifference to His Serious medical Needs To His Right Eye and Right Wrist. Cruel and Unusual Punishment.
Plaintiff Terry A. White Avers The following: Approximately between the months of March 2021 and April 2021. I went to medical Concerning

-1-

my Right wrist that was a pre-Existing Injury that Happened In 2013 Because my Hand and Fingers were becoming Numb and Tingling and my Hand writing was BECOMING Affected. While being Examined by R.N CaRRothers She stated, "She would Have me sent to A NERVE doctor For my Right wrist." THEN R.N. CARROTHERS sent me to get my Eye Looked at by mrs. Armstrong. So mrs. Armstrong Asked, "whats the problem?" I Told Her, "my Right Eye is getting bliry and I'm seeing spots." ..P.A. ARMSTRONG, "stated, "WE don't Have An optometrist," and "She will Inform P.A. mrs. Carrothers about my Right Eye." So I Left medical. Approximately a month or so between the months of may or JuNE 2021, I was TaKeN to A Real world doctor IN Beckley, west virginia for my Right wrist, To get my NERVES checked. upoN being Examined by the NERVE doctor, He gave me a shot and Two NURSES Connected me to A (E.K.G) machiNE to check my NERVE IN my Right wrist Leading to my Fingers. However The doctor's Response was, "He NEEDED to do a follow-up Because my Situation was Serious and needed A follow-up to prevent Further NERVE deterioration and He would make A note to medical That He NEEDs to do A Follow-up IN Two-WEEKS." The NuRSE wrapped my Right wrist with A LARGE Band-Aid over Hand and Right wrist and sent me Back to mcDowell F.C.I. Prison. upon arrival back to the medical Department I spoke with ms. Davidson and Told Her that the doctor Said, "He NEEDs to do A Follow-up IN Two-weeks to prevent Further NERVE deterioration." MRS. Davidson stated, "I will Have you Sheduled For a Follow-up IN Two weeks."

Late may or JuNE 2021, I was Called to medical and R.N MRS. Walters Said, "She wanted to give ME AN EYE EXAMINE, She further continued to make ME AwaRE that F.C.I mcDowell does Not Have AN optomatrist to Adequately Check your Right Eye." So mRS. Walters Had me cover-up my Left Eye first, and asked me to say, "what do you SEE,"? I Explained to HER "I can only See The First Two LINES ON the chart," I further Stated THE first LINE is A "E" AND the Second LINE "is A "E" and a "Z" ... THEN mrs. Walters Had me cover my Right EYE and explained To Her That I could SEE to the

-2-

3rd Line on the Eye Chart. She Stated," That I NEED A Real Eye EXAMINE For my Right Eye but because They don't HAVE AN optometrist you'll HAVE To go to an off-Site optometrist IN Beckley west Virginia" and she would HAVE MRS. Davidson Schedule An Appoint" It is Now December 13, 2021 Approximately 8 months LATER, Now Both my Conditions of my Right wrist and Right Eye HAVE Exacerbated. My Right wrist And Hand CAN NO longer be used, the Function that I once Had, Has Now deteriorated To No Function where I CAN NO LONGER WRITE OR Hold Objects IN my Right Hand or write with a pencil    And Now It's a Tingling continuously From my Finger Tips, That Travels All the way To my Right shoulder and my Hand and causing a heaviness To my entire Right side From my shoulder down to my Hand. My Right Eye Serious medical NEED to see Has Completely diminished. I CAN NO Longer see out of my Right Eye. It is Completely Black. These Defendants R.N. MRS. Walters, P.A. Carrothers, P.A. Davidson and P.A. MRS. Armstrong all Violated my 8th Amendment Right of Cruel and unusual punishment Deliberate Indifference to my Serious medical Need. They all Had Subject Knowledge of my Right wrist NERVE INJury and Scheduled me to see an outside doctor For my Right wrist. The doctor Scheduled another Follow up to prevent Further Damage However P.A. Davidson, P.A. Carrothers, P.A. MRS. Armstrong, Ignored, Interfered, And Denied me the Follow-up Exam And Now I CAN NO Longer use my Right Hand, Their Delay IN scheduling me a Follow-up to the NERVE doctor Has Exacerbated my Condition From being able to use my Right Hand to NO Function at all. R.N. MRS. Walters, P.A. MRS. Carrothers, and MRS. Armstrong Violated my 8th Amendment Right of Cruel and unusual punishment, Deliberate Indifference to my Serious medical NEED to my Right Eye by Denying me adequate Eye Care by an optometrist, by Not Having A Hired optometrist at F.C.I McDowell. and Delaying a Follow-up Eye Examine with a off-Site Real world doctor IN Beckely, West Virginia and Ignored my Right-Eye Condition Has Exacerbated my condition From being able To SEE, to going Completely blind IN my Right Eye. These Defendants Had Subject Knowledge of my Right Eye Serious Condition and Subject Knowledge that There was No optometrist at F.C.I McDowell And Delayed, Denied me A Follow-up FOR 8 months To See An off-Site Real world optometrist. It is Now December 13, 2021

=3=

And still no follow-up or no treatment after numerous request to medical by paper cop-out with no response about my worsened conditions. And threats to file grievances and request for B.P.8, B.P.9, B.P.10, B.P.11 forms from Counselor Malone. I Languished and suffered for 7 months.

## Nominal-Compensatory and Punitive Damages Relief

The plaintiff avers that the court award Nominal and Compensatory Damages separately or Individually against defendants P.A. Davidson, P.A. Armstrong, P.A. Carrothers, and R.N. Mrs. Walters In the Amount of $1,500,000.00 dollars for 8th Amendment violation of cruel and unusual punishment Deliberate Indifference to serious medical need of follow-up for Right Eye and Right Wrist Nerve Damages that was Exacerbated by delay.

The plaintiff avers that the court award punitive Damages Individually or Separately against defendants P.A. Davidson, P.A. Armstrong, P.A. Carrothers, and R.N. Mrs. Walters In the Amount of $5,000,000.00 Dollars. For Infliction Intentional Emotional Distress and to deter other defendants for such Aggregious Behavior.

## Pro'se Litigant

It is well Established that Pro'se Litigants are not Trained Lawyers Therefore His/Her pleadings drafted must be Liberally Construed, and all Benefits Afforded to the Pro'se litigant be given. Haines vs Kerner, 404 U.S. 519, 520-21, 92 S.Ct. 594, 30 L.Ed. 2d. 652 (1972), (the Allegations of the complaint are taken as true and are Construed In the light most Favorable to plaintiff).

## Penalty of Perjury

Plaintiff states that the Information and Facts Contained In the Above complaint are True and accurate Under Penalty of Perjury #1746. Executed at McDowell-F.C.I    /s/ Terry Antonio White #34889057
                                                                Signature and Number.

December 3rd 2021
Date

Federal correctional Institution
mcDowell
Terry Antonio white # 34889057
P.O. BoX 1099
welch, west virginia
24801



united states District court
For the southern District of
west virginia
(Bluefield Division)
601 Federal street
Room 1000
Bluefield, west virginia 24701